UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBI JOHNSON,<br><br>                Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security Administration,<br><br>                Defendant. | CASE NO. EDCV 13-496-VAP (AGR)<br><br>ORDER TO SHOW CAUSE |

      Pursuant to this Court's Order of April 2, 2013, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph I of the Court's Order within 120 days of the filing on the complaint, i.e., by July 29, 2013. The Court's Order warned Plaintiff that failure to comply "may result in the dismissal of this case." To date, the Proof of Service has not been filed with the Court.

      Accordingly, **no later than August 20, 2013, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the Proof of Service on or before **August 20, 2013**, shall be deemed compliance with this Order to Show Cause.

DATED: August 6, 2013

                                            ALICIA G. ROSENBERG
                                   UNITED STATES MAGISTRATE JUDGE